37593. JERNIGAN v. GARFIELD.

Judgment affirmed without opinion pursuant to Rule 59.
*Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 17, 1981.

*Arthur K. Bolton, Attorney General, Susan V. Boleyn, Assistant Attorney General, Robert E. Keller, District Attorney,* for appellant.
*Joseph R. Baker,* for appellee.